DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**EDDA KARINA RODRIGUEZ,**
Appellant,

v.

**BOL MANAGEMENT GROUP, LLC,**
Appellee.

No. 4D2025-3203

[July 30, 2026]

Appeal from the County Court for the Seventeenth Judicial Circuit, Broward County; John Matthew Brooks Hurley, Judge; L.T. Case No. 062025SC016617AXXXNO.

Edda Karina Rodriguez, Boca Raton, pro se.

Mark David Schellhase and Alexandra Joyce De Alejo of GrayRobinson, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and FORST, JJ., concur.

\*        \*        \*

***Not final until disposition of timely-filed motion for rehearing.***